IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTENT SQUARE SAS and<br>CONTENT SQUARE ISRAEL LIMITED<br>(f/k/a Clicktale Limited),<br><br>     Plaintiffs,<br><br>  v.<br><br>QUANTUM METRIC, INC.,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 20-832 (GBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Content Square SAS and Content Square Israel Limited (f/k/a Clicktale Limited) and Defendant Quantum Metric Inc., by and through their respective counsel, hereby stipulate to the dismissal with prejudice of all claims and counterclaims in this action based on a settlement agreement reached by the parties. Each party will bear its own costs and attorneys' fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FISH & RICHARDSON P.C. |
| */s/ Michael J. Flynn* | */s/ Susan E. Morrison* |
| Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>mflynn@morrisnichols.com | Susan E. Morrison (#4690)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>(302) 652-5070<br>morrison@fr.com |
| *Attorneys for Plaintiffs*<br>*Content Square SAS and Content Square Israel Limited (f/k/a Clicktale Limited)* | *Attorneys for Defendant*<br>*Quantum Metric, Inc.* |

November 29, 2022