AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Delaware__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>20-832-GBW | DATE FILED<br>6/22/2020 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| **PLAINTIFF**<br>CONTENT SQUARE SAS and<br>CONTENT SQUARE ISRAEL LIMITED (f/k/a Clicktale Limited) | | **DEFENDANT**<br>QUANTUM METRIC, INC. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  7,941,525 | 5/10/2011 | CONTENT SQUARE ISRAEL LIMITED (f/k/a Clicktale Limited) |
| 2  9,508,081 | 11/29/2016 | CONTENT SQUARE ISRAEL LIMITED (f/k/a Clicktale Limited) |
| 3  9,792,365 | 10/17/2017 | CONTENT SQUARE ISRAEL LIMITED (f/k/a Clicktale Limited) |
| 4  10,063,645 | 8/28/2018 | CONTENT SQUARE ISRAEL LIMITED (f/k/a Clicktale Limited) |
| 5  10,079,737 | 9/18/2018 | CONTENT SQUARE ISRAEL LIMITED (f/k/a Clicktale Limited) |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| see attached |

| CLERK<br>John A. Cerino | (BY) DEPUTY CLERK | DATE<br>11-29-2022 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Delaware__ on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. (GBW)<br>20-832 (LPS) | DATE FILED<br>6/22/2020 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>CONTENT SQUARE SAS and<br>CONTENT SQUARE ISRAEL LIMITED (f/k/a Clicktale Limited) | | DEFENDANT<br>QUANTUM METRIC, INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,941,525 | 5/10/2011 | CONTENT SQUARE ISRAEL LIMITED (f/k/a Clicktale Limited) |
| 2 | 9,508,081 | 11/29/2016 | CONTENT SQUARE ISRAEL LIMITED (f/k/a Clicktale Limited) |
| 3 | 9,792,365 | 10/17/2017 | CONTENT SQUARE ISRAEL LIMITED (f/k/a Clicktale Limited) |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>6/10/2021 | INCLUDED BY<br>☑ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 10,749,976 B2 | 8/18/2020 | CONTENT SQUARE ISRAEL LIMITED (f/k/a Clicktale Limited) |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See attached |

| CLERK<br>John A. Cerino | (BY) DEPUTY CLERK | DATE<br>11-29-2022 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTENT SQUARE SAS and<br>CONTENT SQUARE ISRAEL LIMITED<br>(f/k/a Clicktale Limited),<br><br>    Plaintiffs,<br><br>    v.<br><br>QUANTUM METRIC, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 20-832 (GBW)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Content Square SAS and Content Square Israel Limited (f/k/a Clicktale Limited) and Defendant Quantum Metric Inc., by and through their respective counsel, hereby stipulate to the dismissal with prejudice of all claims and counterclaims in this action based on a settlement agreement reached by the parties. Each party will bear its own costs and attorneys' fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FISH & RICHARDSON P.C. |
| */s/ Michael J. Flynn*<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>mflynn@morrisnichols.com<br><br>*Attorneys for Plaintiffs*<br>*Content Square SAS and Content Square Israel Limited (f/k/a Clicktale Limited)* | */s/ Susan E. Morrison*<br>Susan E. Morrison (#4690)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>(302) 652-5070<br>morrison@fr.com<br><br>*Attorneys for Defendant*<br>*Quantum Metric, Inc.* |

November 29, 2022